No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Upon his plea of guilty before the court, appellant was convicted for making two separate sales of beer in a dry area, with punishment assessed at a fine of $200 on each count, totaling $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

No appearance for appellant.

Dan Walton, Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of marihuana; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Jerry CONNER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27887.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

Hugo SHELTON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27860.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.